| Date | Number | Caller | Time |
|---|---|---|---|
| 01/28/2021 | 8005443623 | PNC | 8:26 PM |
| 02/04/2021 | Mailed Certified letter to PNC Bank to revoke permission to call my cell phone. | | |
| 02/05/2021 | 8005443623 | PNC | 12:24 PM |
| 02/09/2021 | Certified letter signed for on 02/08/2021 at 8:45am | | |
| 02/13/2021 | 8005443623 | PNC | 8:25 AM |
| 2/23/2021 | 8005443623 | (1 text and 1 call) | 8:34 AM |
|  | 227898 text 3:15pm | pnc | 3:15 PM |
| 3/3/2021 | 8005443623 | pnc bank | 8:16 AM |
|  | 2699734000 | PNC | 7:49 PM |
| 03/11/2021 | 8005443623 | pncbank | 8:10 AM |
| ***3/17/2021*** | 31 days signed up for National Do Not Call Registry | | |
| 3/19/2021 | 8005443623 | pncbank | 8:18 AM |
| 3/24/2021 | 2699734000 | PNC | 7:51 PM |
| 3/31/2021 | 8005443623 | PNC | 8:17 AM |
| 04/01/2021 | 8005443623 | pnc | 8:33 AM |
| 04/10/2021 | 8225443623 | pnc bank | 11:11 AM |
| 04/16/2021 | 2699734000 voicemail | PNC bank | 9:33 AM |
|  | 8005443623 voicemail | pnc bank | 3:06 PM |
| 04/22/2021 | 8005443623 | PNC | 8:15 AM |
| 04/27/2021 | 2699734000 | PNC | 6:44 PM |
| 05/07/2021 | 8005443623 | PNC | 8:21 AM |
| 05/18/2021 | 2699734000 voicemail | PNC | 7:10 PM |
|  | 2699734000 voicemail | PNC | 6:44 PM |
| 05/24/2021 | 8005443623 | PNC | 9:04 AM |

| | 180 days |
|---|---|
| | 5/28/2021 |
| | 5/21/2021 |
| | 6/14/2021 |
| | 7/27/2012 |
| | 7/7/2021 |
| | 6/18/2021 |
| | 6/28/2021 |